UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:14-CV-00485-BR

| | |
|---|---|
| CHARLES GRANTHAM and ELIZABETH GRANTHAM, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) |

This matter is before the court upon the 10 April 2015 memorandum and recommendation ("M&R") of U.S. Magistrate Judge James E. Gates that this action be dismissed. (DE # 3.) Plaintiffs have not filed an objection to the M&R.[1] The court adopts the M&R as its own and for the reasons stated therein, plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is DIRECTED to enter judgment accordingly and close this case.

This 9 June 2015.

_____
W. Earl Britt
Senior U.S. District Judge

---

[1] Plaintiff Elizabeth Grantham's copies of the M&R and Notice were returned to the Clerk by the U.S. Postal Service marked "RETURN TO SENDER VACANT UNABLE TO FORWARD." (DE # 5-1.) The deputy clerk attempted to contact plaintiffs at the telephone number provided; however, no one answered her call. (5/20/15 Remark.)