UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Charles Grantham and Elizabeth Grantham,   )
                                            )
                      Plaintiffs,           )
                                            )
         v.                                 )     **JUDGMENT**
                                            )
U.S. Bank National Association,             )
                                            )     5:14-CV-485-BR
                                            )
                      Defendants.           )
                                            )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the M&R as its own and plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). This case is closed.

**This judgment filed and entered on June 9, 2015, and served on:**

Charles Grantham (via US Mail at 642 Ditchbank Road, Goldsboro, NC 27534 )
Elizabeth Grantham (via US Mail at 642 Ditchbank Road, Goldsboro, NC 27534 )

June 9, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk